AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hancock, James H. | U.S. District Court, NDAL | 07/15/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse, Ste 681
1729 5th Avenue North
Birmingham, AL 35203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hancock, James H. | 07/15/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hancock, James H. | 07/15/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hancock, James H. | 07/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Exxon Mobil - Stock | E | Dividend | N | T | | | | | |
| 2. Merrill Lynch Bank Dep. - Money Market | A | Interest | K | T | | | | | |
| 3. BP PLC - Stock | A | Dividend | J | T | | | | | |
| 4. VOYA Large Cap Value Fund - Class A (1) | E | Dividend | M | T | Sold (part) | 09/14/15 | J | A | |
| 5. | | | | | Buy (add'l) | 03/06/15 | K | | |
| 6. | | | | | Buy (add'l) | 04/02/15 | J | | |
| 7. | | | | | Buy (add'l) | 07/02/15 | J | | |
| 8. | | | | | Buy (add'l) | 10/02/15 | J | | |
| 9. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 10. Regions Bank - Ck Acct. | A | Interest | L | T | | | | | |
| 11. Vanguard Wellington Fund - Mutual Fund | B | Dividend | L | T | Sold (part) | 09/25/15 | J | A | |
| 12. | | | | | Buy (add'l) | 03/27/15 | J | | |
| 13. | | | | | Buy (add'l) | 06/22/15 | J | | |
| 14. | | | | | Buy (add'l) | 09/21/15 | J | | |
| 15. Regions Fin. Corp. - Stock | B | Dividend | L | T | | | | | |
| 16. Weyerhaeuser - Stock | B | Dividend | K | T | | | | | |
| 17. Fidelity Trend - Mut. Fund | D | Dividend | M | T | Buy (add'l) | 02/09/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hancock, James H. | 07/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 12/21/15 | J | | |
| 19. Coca Cola - Stock | A | Dividend | K | T | | | | | |
| 20. Ameris Bancorp | A | Dividend | K | T | | | | | |
| 21. Stifel, Nicolaus & Company - Money Mkt. (2) | A | Interest | K | T | | | | | |
| 22. Compass Bank - Ck. Acct. | A | Interest | K | T | | | | | |
| 23. Emerson Electric | A | Dividend | K | T | | | | | |
| 24. State Street Corp. - Stock | B | Dividend | M | T | | | | | |
| 25. Coamerica - Stock | A | Dividend | K | T | | | | | |
| 26. Southern Company - Stock | D | Dividend | M | T | | | | | |
| 27. Vulcan Materials - Stock | A | Dividend | M | T | | | | | |
| 28. First Horizon National | A | Dividend | | | Sold | 12/09/15 | K | C | |
| 29. Conagra Foods | A | Dividend | K | T | | | | | |
| 30. Questar Corp. - Stock | B | Dividend | K | T | | | | | |
| 31. QEP Resources Inc. | A | Dividend | K | T | | | | | |
| 32. American Capital Income Builder CLC | A | Dividend | K | T | | | | | |
| 33. Blackrock Global Allocation FD Inc C | B | Dividend | K | T | | | | | |
| 34. Eaton Vance National Municiple Income Fd Cl A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hancock, James H. | 07/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | First Eagle Global Classic | A | Dividend | K | T | | | | | |
| 36. | Ivy Asset Strategy Fund CLC | B | Dividend | K | T | | | | | |
| 37. | Wells Fargo Advantage Asset Allocation Fd CLC | A | Dividend | K | T | | | | | |
| 38. | Dupont E.I. Denemours | B | Dividend | K | T | Sold (part) | 12/11/15 | K | D | |
| 39. | El Paso Energy CAP PFD Tri Conv. 4.75$ 3/31/28 | B | Int./Div. | K | T | | | | | |
| 40. | Kinder Morgan Inc. | C | Dividend | K | T | Buy (add'l) | 09/14/15 | K | | |
| 41. | | | | | | Buy (add'l) | 09/25/15 | J | | |
| 42. | Clearbridge American Energy MLP FD Inc | C | Distribution | K | T | | | | | |
| 43. | ConocoPhilips | B | Dividend | K | T | Buy (add'l) | 09/18/15 | J | | |
| 44. | | | | | | Buy (add'l) | 10/09/15 | J | | |
| 45. | AT&T Inc | B | Dividend | K | T | | | | | |
| 46. | Duke Energy Corp | B | Dividend | K | T | | | | | |
| 47. | Ford Motor Company | A | Dividend | J | T | | | | | |
| 48. | General Electric Company | A | Dividend | K | T | | | | | |
| 49. | Spectra Energy Corp | B | Dividend | K | T | Buy (add'l) | 12/09/15 | J | | |
| 50. | Medical Properties Trust | | None | J | T | Buy | 12/22/15 | J | | |
| 51. | Royal Dutch Shell PLC | B | Dividend | K | T | Buy | 05/19/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hancock, James H. | 07/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Georgia Power Company | | None | K | T | Buy | 09/29/15 | K | | |
| 53. Protective Life Corp. | A | Interest | J | T | Buy | 10/13/15 | J | | |
| 54. Tekla Life Sciences | B | Dividend | K | T | Buy | 09/21/15 | K | | |
| 55. JP Morgan Chase & Company | A | Dividend | K | T | Buy | 09/25/15 | K | | |
| 56. Triangle Cap Corp | | None | K | T | Buy | 12/10/15 | J | | |
| 57. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 58. Reaves Utility Income Fund | A | Dividend | K | T | Buy | 09/21/15 | K | | |
| 59. | | | | | Sold (part) | 11/30/15 | J | A | |
| 60. Energy Transfer Equity Common Unit Limited Partnership | | None | J | T | Buy | 12/09/15 | J | | |
| 61. Chemours Company (3) | A | Dividend | | | Sold | 09/14/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hancock, James H. | 07/15/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(1) Effective March 6, 2015 the Voya Core Equity Research Fund merged into the Voya Large Cap Value Fund (line 4).

(2) Sterne Agee was aquired by Stifel, Nicolaus & Company in June 2015. The Sterne Agee- Money Mkt. changed names to Stifel, Nicolaus & Company (line 21).

(3) Chemours Company stock (line 61) was received in a spin-off from DuPont E.I. Denemours (line 38) on June 23, 2015.

| Name of Person Reporting | Date of Report |
|---|---|
| Hancock, James H. | 07/15/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **James H. Hancock**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544